# TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 13-32138

Debtors:  Lisa Bone Ledford
103 Country Classic Lane
Bessemer City, NC 28016-9717

Account Number: 7226

Creditor Information: CAROMONT REGIONAL MEDICAL CENTER
PO BOX 405336
ATLANTA, GA 30384

Amount of Turnover: $289.29            94-Dsb Ck-Crdtr Prin

**Total Turnover Amount  $289.29**

Dated: 09/28/2018

Warren L. Tadlock
Chapter 13 Trustee

FILED
U.S BANKRUPTCY COURT
WESTERN DISTRICT OF NC
OCT 01 2018
STEVEN T. SALATA, CLERK
CHARLOTTE DIVISION
MDW