# TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 13-32138

Debtors: Lisa Bone Ledford
103 Country Classic Lane
Bessemer City, NC 28016-9717

Account Number: 13-CVD-3578

Creditor Information: WILLIAM HURLEY LEDFORD
510 DEWEY KISER ROAD
BESSEMER CITY, NC 28016

Amount of Turnover: $2,038.12         94-Dsb Ck-Crdtr Prin

**Total Turnover Amount $2,038.12**

Dated: 09/28/2018

Warren L. Tadlock
Chapter 13 Trustee

FILED
U.S BANKRUPTCY COURT
WESTERN DISTRICT OF NC
OCT 0 1 2018
STEVEN T SALATA, CLERK
CHARLOTTE DIVISION
MDW